| | |
|---|---|
| 1 | Michael R. Mordaunt, Esq., Bar No. 66911 |
|   | Jessica N. Tomlinson, Esq., Bar No 232311 |
| 2 | RIGGIO MORDAUNT & KELLY |
|   | A Professional Law Corporation |
| 3 | 2509 West March Lane, Suite 200 |
|   | Stockton, CA 95207 |
| 4 | Telephone: (209) 473-8732 |
|   | e-mail: mmordaunt@riggiolaw.com |
| 5 | |
|   | Attorneys for Defendant |
| 6 | TARGET CORPORATION |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GINA WALLACE | ) | Case No. 1:07-CV-00890-LJO-TAG |
| Plaintiff(s), | ) | |
| vs. | ) | **ORDER TO REMAND ACTION TO STATE COURT** |
| TARGET CORPORATION and DOES 1 to 20 | ) | |
| Defendant(s). | ) | |

Based on the stipulation of all parties that the amount of damages present in this matter is and will remain under the statutory minimum of 75,000 dollars for the duration of this lawsuit, this Court REMANDS this action *Gina Wallace v. Target Corporation and Does 1 to 20*, Case No. 1:07-CV-00890-LJO-TAG, to the Fresno County Superior Court.

This remand order shall not affect defendant's right to remove the action again if plaintiff attempts to avoid the amount in controversy stipulation.

The clerk is directed to take necessary action to remand this action to the Fresno County Superior Court and to close this federal action.

IT IS SO ORDERED.

Dated:  June 27, 2007               /s/ Lawrence J. O'Neill

1

ORDER TO REMAND TO STATE COURT

UNITED STATES DISTRICT JUDGE

Riggio,
Mordaunt &
Kelly
2509 W March
Lane
Suite 200

ORDER TO REMAND TO STATE COURT

2